# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-4631 MRW | Date | May 19, 2020 |
|---|---|---|---|
| Title | Rafael Arroyo, Jr. v. In Lee et al. | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: STIPULATION FOR DISMISSAL**

IT IS ORDERED that this action is dismissed with prejudice as to all parties. Each party to bear its own attorneys' fees and costs.